

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

---------------------------------------------------------------- X

TRUSTEES OF THE LOCAL 813 INSURANCE TRUST FUND, ET AL.,

           Plaintiffs,

-against-

BRADLEY FUNERAL SERVICES, INC.,

           Defendant.

---------------------------------------------------------------- X

11-CV-2885 (ARR) (RLM)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated August 10, 2012 from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

The Clerk of the Court is therefore directed to enter judgment against defendant in the sum of $6,839.45 in unpaid contributions, and attorneys' fees and costs, in addition to prejudgment interest on $4,178.07, to be calculated by the Clerk of the Court from February 10, 2010 through the entry of judgment. Plaintiffs are also to be awarded liquidated damages in an amount equal to the calculated prejudgment interest.

SO ORDERED.

1

S/Judge Ross
_____
Allyne R. Ross
United States District Judge

Dated: September 4, 2012
       Brooklyn, New York

## MAILING LIST

Anthony Cacace, Esq.
Proskauer Rose LLP
11 Times Square
NY, NY 10036

Bradley Funeral Service, Inc.
45 South Highland Avenue
Ossining, NY 10562

Magistrate Judge Mann